[No. 4541–1. Division One. January 9, 1978.]

TIMOTHY TANABE, ET AL, *Respondents,* v. ARNOLD SANSBURN, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for King County, No. 786466, James J. Dore, J., entered February 18, 1976. *Affirmed* by unpublished per curiam opinion.

[No. 2327–2. Division Two. January 10, 1978.]

ELIZABETH D. CARLTON, *Appellant,* v. WILLIAM J. WALTON, *as Executor, Respondent.*

Appeal from a judgment of the Superior Court for Pierce County, No. 235564, E. Albert Morrison, J., entered March 12, 1976. *Affirmed* by unpublished opinion per Reed, J., concurred in by Pearson, C.J., and Petrie, J.

[No. 2178–3. Division Three. January 10, 1978.]

MICHAEL MANOS, *Appellant,* v. JAMES WOOD, *Respondent.*

Appeal from a judgment of the Superior Court for Spokane County, No. 228199, George T. Shields, J., entered November 22, 1976. *Affirmed* by unpublished opinion per McInturff, J., concurred in by Munson, C.J., and Green, J.